structural steel and iron work. Defendant's workmen had raised a derrick on the fourteenth floor to hoist material. While a load of beams was being hoisted the derrick gave way and fell through to the seventh floor. Plaintiff, who was working in the basement, was struck by an angle plate and severely injured.

*John T. Loughran* and *Robert H. Charlton* for appellant. *Edgar J. Treacy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY DAPORTA, as Administratrix of the Estate of BERNARDO DAPORTA, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Negligence — railroads — workman on railroad tracks struck by train backing without warning.*

*Daporta* v. *Erie R. R. Co.*, 218 App. Div. 854, affirmed.

(Argued April 4, 1927; decided May 3, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 23, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action brought by plaintiff's intestate to recover for personal injuries alleged to have been sustained by him through the negligence of defendant. Intestate died after entry of judgment in his favor and his administratrix was substituted in his stead. In the course of his employment as track laborer intestate was one of a gang of men tamping the roadbed. Compressed air machines were used. The hose furnishing air to one of the machines having become disconnected near where intestate was at work, he proceeded to reconnect it and while doing so was struck by one of defendant's trains which, it was alleged, backed down upon him without warning and received the injuries complained of.

Prepared by State Reporter from Appeal Papers

*Murray G. Jenkins, William Dike Reed* and *William B. Shelton* for appellant.

*Harold R. Medina* and *Sol Gelb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MIRIAM G. MILLER, Appellant, *v.* THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Defendant, and IRVING MILLER et al., Respondents.

*Insurance — insolvency — liens — payment of premiums in excess of $500 on life insurance policies payable to wife — death of insured insolvent — liens of creditors on policy.*

*Miller* v. *Penn Mutual Life Ins. Co.*, 218 App. Div. 764, affirmed. (Argued April 5, 1927; decided May 3, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1926, unanimously affirming a judgment in favor of defendants-respondents, entered upon a decision of the court at a Trial Term without a jury. Plaintiff was beneficiary of a policy of insurance on the life of her husband who had died insolvent. Premiums paid on policies on the life of deceased exceeded $500 per annum, and the proceeds of policies purchased by the excess, including the one in litigation, were subject to the lien of creditors. Defendant insurance company paid the amount due into court and the question litigated was whether there were liens on the policy in favor of defendants-respondents as claimed.

*Mark W. Norman* for appellant.

*Alfred Ekelman* for Irving Miller, respondent.

*Jacob L. Holtzmann* and *Jacob Krisel* for Sol. Miller et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.